# **<u>EXHIBIT A</u>**

**Wolters Kluwer**

**CT Corporation**
Service of Process Notification
12/04/2024
CT Log Number 547918165

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | Process Served in Texas |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: CHAVEZ ANA MARIA A/N/F A.C. (A MINOR) // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition, Attachment(s) |
| **COURT/AGENCY:** | Harris County - 113th Judicial District Court, TX<br>Case # 202484383 |
| **NATURE OF ACTION:** | Personal Injury - 01/08/2023 at 111 Yale Street, Houston, Texas |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/04/2024 at 13:15 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of twenty days after you were served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Kraig L. Rushing<br>2030 North Loop West, Suite 280<br>Houston, TX 77018<br>346-293-9670 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/05/2024, Expected Purge Date: 12/10/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
12/04/2024
CT Log Number 547918165

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Dec 4, 2024
**Server Name:** Kassandra Dugas

| Entity Served | WAL-MART STORES TEXAS, LLC |
|---|---|
| Case Number | 202484383 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



```
                                          Receipt Number: 1038167
                                          Tracking Number: 74412423
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202484383

| | |
|---|---|
| PLAINTIFF: CHAVEZ, ANA MARIA (ANF A C (A MINOR)) | In the 113th Judicial |
| vs. | District Court of |
| DEFENDANT: WAL MART STORES TEXAS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: WAL MART STORES TEXAS LLC MAY BE SERVED WITH PROCESS BY DELIVERING CITATION TO ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 3, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 3, 2024.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: TIANNI WILLIAMS

Issued at request of:
RUSHING, KRAIG L
2030 NORTH LOOP WEST SUITE 280
HOUSTON, TX  77018
346-293-9670
Bar Number: 24071554

Tracking Number: 74412423

CAUSE NUMBER: 202484383

| | |
|---|---|
| PLAINTIFF: CHAVEZ, ANA MARIA (ANF A C (A MINOR)) | In the 113th |
| vs. | Judicial District Court |
| DEFENDANT: WAL MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                          _____
                                              _____ of _____
County, Texas
                                              By:
_____                  _____
       Affiant                                        .  Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                                              _____
                                                      Notary Public